UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLENE WHISNANT,

    Plaintiff,

v.                                                       Case No. 09-10101
                                                             Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

This matter is before the Court on motions for summary judgment from both parties. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** the Plaintiff's motion for summary judgment is **GRANTED IN PART**, that the Commissioner's denial of Plaintiff's benefits is **REVERSED**, and that this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with Magistrate Judge Whalen's R&R..

                                                        s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Date: March 15, 2010

copies to:
Mikel E. Lupisella, Esq.
Vanessa M. Mays, AUSA